GRAYCE CHRISTIAN, Appellant, v. CITY OF BINGHAMTON, Respondent. —*Per Curiam.*

612

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum *Per Curiam.*